THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIFAYA DAWUD,<br><br>        Plaintiff,<br>  v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | CASE NO. C17-1254-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend mediation deadline (Dkt. No. 22). The parties seek an extension of the mediation deadline from August 10, 2018 to September 14, 2018. (*Id*. at 2.) Finding good cause, the motion is GRANTED. Rule 39.1 mediation shall be completed by September 14, 2018. All other case management deadlines remain unchanged.

DATED this 9th day of August 2018.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk