THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| KIFAYA DAWUD, | CASE NO. C17-1254-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Due to a conflict in the Court's schedule, the trial date in this matter is CONTINUED from December 3, 2018 to June 24, 2019 at 9:30 a.m. Trial briefs and the proposed pretrial order are due June 17, 2019.

DATED this 9th day of October 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk