UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIFAYA DAWUD, | CASE NO. C17-1254-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Any motions in limine that may be filed in the case are due May 30, 2019.

DATED this 18th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
